# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**LEONARD A. SILLS**
**ADC #138335**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 2:08CV00198 SWW/BD**

**WENDY KELLEY,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint is DISMISSED without prejudice  under Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's Order of December 8, 2008.

IT IS SO ORDERED, this 27th day of January, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE