## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**LEONARD A. SILLS**
**ADC #138335**                                                                                        **PLAINTIFF**

**V.**                          **CASE NO. 2:08CV00198 SWW/BD**

**WENDY KELLEY,** *et al.*                                                                **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of August, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE